# Order

Michigan Supreme Court
Lansing, Michigan

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

146177

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 146177
COA: 311645
Washtenaw CC: 10-002072-FC

RAYMUND EDWARD WILBERT,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 17, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____
Clerk

p0225